# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:09-00058 |
| ) | Judge Trauger |
| [1] GLENESHA BOWLING-MOYE ) | |

## O R D E R

The defendant has filed a letter with the court, requesting "early release to home confinement" (Docket No. 135), which is opposed by the government (Docket No. 140). The defendant's request is **DENIED**.

As the government points out, the court is without the authority to modify the defendant's sentence at this point. It appears that representatives of the Bureau of Prisons are informing the defendant that it may be within their power to release her early to home confinement. If that is the case, she should pursue her request with those individuals.

It is so **ORDERED.**

Enter this 10th day of October 2012.

_____
ALETA A. TRAUGER
United States District Judge